Honorable Chief Judge Thomas O. Rice

John Ray Nelson, WSBA #16393
Adam J. Chambers, WSBA #46631
FOSTER PEPPER PLLC
618 West Riverside Avenue, Suite 300
Spokane, WA  99201-5102
Telephone: (509) 777-1600
Facsimile:  (509) 777-1616
Email:  john.nelson@foster.com
        adam.chambers@foster.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| GERALD RUSSELL,<br><br>               Plaintiff,<br><br>   v.<br><br>CAPITAL RECOVERY CORPORATION, DBA GEORGIA CAPITAL RECOVERY CORPORATION, a Georgia corporation,<br><br>               Defendant. | No. 2:17-cv-00404-TOR<br><br>RULE 7.1 CORPORATE DISCLOSURES FOR DEFENDANT |

In accordance with Fed. R. Civ. P. 7.1, Defendant Capital Recovery Corporation, dba Georgia Capital Recovery Corporation, states that it is a nongovernmental corporate entity, and that it does not have a parent company. No publically held corporation holds more than 10% of Capital Recovery Corporation, dba Georgia Capital Recovery Corporation's stock.

RULE 7.1 CORPORATE DISCLOSURES FOR
DEFENDANT - 1

Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON  99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

| | |
|---|---|
| 1 | DATED this 6th day of December, 2017. |
| 2 | |
| 3 | By: *s/ John Ray Nelson* |
| 4 | John Ray Nelson, WSBA #16393 |
| | Adam J. Chambers, WSBA #46631 |
| 5 | FOSTER PEPPER PLLC |
| 6 | 618 West Riverside Avenue, Suite 300 |
| | Spokane, WA  99201-5102 |
| 7 | Telephone: (509) 777-1600 |
| 8 | Facsimile: (509) 777-1616 |
| | Email:   john.nelson@foster.com |
| 9 | adam.chambers@foster.com |
| 10 | |
| | Attorneys for Defendant |

RULE 7.1 CORPORATE DISCLOSURES FOR DEFENDANT - 2
Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON  99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, the above document was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the registered CM/ECF participants in this action, as follows:

Robert Wayne Mitchell - bobmitchellaw@yahoo.com

And I further certify that I served non-ECF participants as follows: **N/A**.

EXECUTED at Spokane, Washington, this 6th day of December, 2017.

      *s/ John Ray Nelson*
John Ray Nelson, WSBA #16393
Adam J. Chambers, WSBA #46631
FOSTER PEPPER PLLC
618 West Riverside Avenue, Suite 300
Spokane, WA 99201-5102
Telephone: (509) 777-1600
Facsimile: (509) 777-1616
Email:  john.nelson@foster.com
       adam.chambers@foster.com
Attorneys for Defendant

RULE 7.1 CORPORATE DISCLOSURES FOR DEFENDANT - 3
Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616