John Ray Nelson, WSBA #16393
Adam J. Chambers, WSBA #46631
FOSTER PEPPER PLLC
618 West Riverside Avenue, Suite 300
Spokane, WA  99201-5102
Telephone: (509) 777-1600
Facsimile:  (509) 777-1616
Email:  john.nelson@foster.com
        adam.chambers@foster.com
**Attorneys for Defendant**

Honorable Chief Judge Thomas O. Rice

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| GERALD RUSSELL,<br><br>       Plaintiff,<br><br> v.<br><br>CAPITAL RECOVERY CORPORATION, DBA GEORGIA CAPITAL RECOVERY CORPORATION, a Georgia corporation,<br><br>       Defendant. | No. 2:17-cv-00404-TOR<br><br>DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR INJUNCTIVE RELIEF FOR VIOLATIONS OF THE CONSUMER PROTECTION ACT AND THE FAIR DEBT COLLECTION PRACTICES ACT, *INTER ALIA,* AND AFFIRMATIVE DEFENSES |

   Defendant, Capital Recovery Corporation, dba Georgia Capital Recovery Corporation ("CRC"), by and through its counsel, John Ray Nelson, Adam J. Chambers, and Foster Pepper PLLC, answers the allegations contained in the Plaintiff's Complaint for Injunctive Relief for Violations of the Consumer

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES - 1
Case No. 2:17-cv-00404-TOR

**FOSTER PEPPER PLLC**
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON  99201-5102
PHONE (509) 777-1600   FAX (509) 777-1616

52902421.2

Protection Act and the Fair Debt Collection Practices Act, *Inter Alia* ("Complaint") as follows:

## I. STATEMENT OF THE CASE

CRC admits only that this is an action for injunctive relief but denies the remaining averments contained in this paragraph.

## II. PARTIES

2.1 CRC lacks knowledge or information sufficient to form a belief as to the truth of said allegation and, therefore, denies the same.

2.2 CRC lacks knowledge or information sufficient to form a belief as to the truth of said allegation and, therefore, denies the same.

2.3 This paragraph sets forth legal conclusions and questions of law to which no response is required.

2.4 CRC denies the averments of this paragraph as they apply to the operation of CRC's extended business services at issue in this action.

2.5 This paragraph sets forth legal conclusions and questions of law to which no response is required.

2.6 CRC denies the averments of this paragraph as they apply to the operation of CRC's extended business services at issue in this action.

2.7 Deny.

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES - 2
Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

2.8 Deny.

## III. JURISDICTION AND VENUE

3.1 Deny.

3.2 Deny.

## IV. FACTS

4.1 CRC lacks knowledge or information sufficient to form a belief as to the truth of said allegation and, therefore, denies the same.

4.2 CRC lacks knowledge or information sufficient to form a belief as to the truth of said allegation and, therefore, denies the same.

4.3 CRC lacks knowledge or information sufficient to form a belief as to the truth of said allegation and, therefore, denies the same.

4.4 CRC lacks knowledge or information sufficient to form a belief as to the truth of said allegation and, therefore, denies the same.

4.5 CRC lacks knowledge or information sufficient to form a belief as to the truth of said allegation and, therefore, denies the same.

4.6 CRC lacks knowledge or information sufficient to form a belief as to the truth of said allegation and, therefore, denies the same.

4.7 CRC lacks knowledge or information sufficient to form a belief as to the truth of said allegation and, therefore, denies the same.

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES - 3
Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

4.8   CRC lacks knowledge or information sufficient to form a belief as to the truth of said allegation and, therefore, denies the same.

4.9   CRC denies that it is a debt collector or a collection agency as those terms might be applied to the operation of CRC's extended business office services at issue in this action, or with regard to Plaintiff.

4.10   Deny.

4.11   Deny.

4.12   The document referred to in this paragraph speaks for itself and no response is required.  CRC denies that the document is a debt collection letter.

4.13   The document referred to in this paragraph speaks for itself and no response is required.  CRC lacks knowledge or information sufficient to form a belief as to the truth of when Plaintiff's insurance company paid the bill and, therefore, denies the same.  CRC denies that the document is a debt collection letter.

4.14   CRC lacks knowledge or information sufficient to form a belief as to the truth of said allegation and, therefore, denies the same.  CRC denies that the document is a debt collection letter.

4.15   Deny.

4.16   Deny.

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES - 4
Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

4.17 Deny.

4.18 The document referred to in this paragraph speaks for itself and no response is required. CRC denies that the document is a debt collection letter.

4.19 Admit.

4.20 Deny.

4.21 Deny.

4.22 Deny.

4.23 Deny.

4.24 The document referred to in this paragraph speaks for itself and no response is required.

4.25 The document referred to in this paragraph speaks for itself and no response is required.

4.26 This paragraph sets forth legal conclusions and questions of law to which no response is required.

4.27 Admit only that an employee named Megan works for Capital Recovery. The remaining averments contained in this paragraph are denied.

4.28 Deny.

4.29 Deny.

4.30 Deny.

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES - 5
Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

4.31 Deny.

4.32 Deny.

4.33 Deny.

4.34 Deny.

4.35 This paragraph sets forth legal conclusions and questions of law to which no response is required.

4.36 This paragraph sets forth legal conclusions and questions of law to which no response is required.

4.37 This paragraph sets forth legal conclusions and questions of law to which no response is required.

4.38 Deny.

4.39 Deny.

4.40 Deny.

4.41 Deny.

4.42 Deny.

4.43 Deny.

4.44 Deny.

4.45 Deny.

4.46 Deny.

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES - 6
Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

4.47  Deny.

4.48  Deny.

4.49  Deny.

4.50  Deny.

4.51  Deny.

4.52  Deny.

4.53  Deny.

## V.    FAIR DEBT COLLECTION PRACTICES ACT VIOLATION

5.1  CRC incorporates herein its responses set forth above.

5.2  This paragraph sets forth legal conclusions and questions of law to which no response is required.

5.3  This paragraph sets forth legal conclusions and questions of law to which no response is required.

5.4  This paragraph sets forth legal conclusions and questions of law to which no response is required.

5.5  This paragraph sets forth legal conclusions and questions of law to which no response is required.

5.6  This paragraph sets forth legal conclusions and questions of law to which no response is required.

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES - 7
Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

5.7 This paragraph sets forth legal conclusions and questions of law to which no response is required.

## VI. FIRST CAUSE OF ACTION

Fair Debt Collection Practices Act Violation

6.1 CRC incorporates herein its responses set forth above.

6.2 This paragraph sets forth legal conclusions and questions of law to which no response is required.

6.3 This paragraph sets forth legal conclusions and questions of law to which no response is required.

6.4 Deny.

6.5 Deny Plaintiff has incurred any damages as a result of CRC's conduct or the averments of Plaintiff's complaint. CRC denies any liability.

6.6 Deny Plaintiff has incurred any damages as a result of CRC's conduct or the averments of Plaintiff's complaint. CRC denies any liability.

6.7 Deny Plaintiff has incurred any damages as a result of CRC's conduct or the averments of Plaintiff's complaint. CRC denies any liability.

6.8 Deny.

6.9 Deny.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES - 8
Case No. 2:17-cv-00404-TOR

**FOSTER PEPPER PLLC**
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

## VII. SECOND CAUSE OF ACTION

(*Per Se* Consumer Protection Act – State Collection Agency Act Violation)

7.1     CRC incorporates herein its responses set forth above.

7.2     This paragraph sets forth legal conclusions and questions of law to which no response is required.

7.3     This paragraph sets forth legal conclusions and questions of law to which no response is required.

7.4     This paragraph sets forth legal conclusions and questions of law to which no response is required.

7.5     This paragraph sets forth legal conclusions and questions of law to which no response is required.

7.6     This paragraph sets forth legal conclusions and questions of law to which no response is required.

7.7     Deny.

7.8     Deny Plaintiff has incurred any damages as a result of CRC's conduct or the averments of Plaintiff's complaint.  CRC denies any liability.

7.9     Deny Plaintiff has incurred any damages as a result of CRC's conduct or the averments of Plaintiff's complaint.  CRC denies any liability.

7.10    Deny.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES - 9
Case No. 2:17-cv-00404-TOR

**FOSTER PEPPER PLLC**
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON  99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

7.11     This paragraph sets forth legal conclusions and questions of law to which no response is required.

## VIII.  **THIRD CAUSE OF ACTION**

8.1     CRC incorporates herein its responses set forth above.

8.2     This paragraph sets forth legal conclusions and questions of law to which no response is required.

8.3     This paragraph sets forth legal conclusions and questions of law to which no response is required.

8.4     This paragraph sets forth legal conclusions and questions of law to which no response is required.

8.5     This paragraph sets forth legal conclusions and questions of law to which no response is required.

8.6     This paragraph sets forth legal conclusions and questions of law to which no response is required.

8.7     This paragraph sets forth legal conclusions and questions of law to which no response is required.

8.8     This paragraph sets forth legal conclusions and questions of law to which no response is required.

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES - 10
Case No. 2:17-cv-00404-TOR

**FOSTER PEPPER PLLC**
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON  99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

8.9   This paragraph sets forth legal conclusions and questions of law to which no response is required.

8.10   Deny.

8.11   This paragraph sets forth legal conclusions and questions of law to which no response is required.

8.12   This paragraph sets forth legal conclusions and questions of law to which no response is required.

8.13   Deny Plaintiff has incurred any damages as a result of CRC's conduct or the averments of Plaintiff's complaint.  CRC denies any liability.

8.14   Deny Plaintiff has incurred any damages as a result of CRC's conduct or the averments of Plaintiff's complaint.  CRC denies any liability.

8.15   Deny.

8.16   This paragraph sets forth legal conclusions and questions of law to which no response is required.

## IX.   **AFFIRMATIVE AND OTHER DEFENSES**

Without conceding it bears the burden of proof as to any of these defenses, any unlawful intent, and/or any prerequisite condition, CRC alleges the following affirmative defenses:

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES - 11
Case No. 2:17-cv-00404-TOR

**FOSTER PEPPER PLLC**
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON  99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

1. Plaintiff's claims, in whole or in part, are barred by the statute of limitations.

2. Plaintiff's claims, in whole or in part, are barred by estoppel, waiver, and/or laches.

3. Plaintiff has failed, in whole or in part, to mitigate his damages.

4. Plaintiff lacks standing.

5. Lack of subject matter jurisdiction.

6. Claim preclusion.

7. Issue preclusion.

8. Lack of injury.

9. Bona fide error. Any violation of law, which is specifically denied, was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

10. Good faith reliance. At all pertinent times, CRC acted in good faith reliance on the information provided to it by other entities.

11. Good faith. CRC acted in good faith at all times.

12. No-fault statements. CRC did not make any false or misleading representations to Plaintiff or anyone else.

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES - 12
Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

13. Lack of public interest. CRC's actions were not injurious to the public, were motivated by legitimate business concerns, and were reasonable in relation to the development and preservation of its business interests.

14. CRC reserves the right to assert additional affirmative defenses as discovery progresses.

## **PRAYER FOR RELIEF**

WHEREFORE, having fully answered Plaintiff's Complaint, CRC prays for the following relief:

1. For judgment in its favor against the Complaint and all claims therein, and

2. For an award of money damages on Plaintiff's claims for breach of the Consumer Protection Act and the Fair Debt Collection Practices Act, plus pre- and post-judgment interest thereon, and

3. For an award of CRC's reasonable attorneys' fees in defense of Plaintiff's claims, and

4. For such other and further relief as the Court deems just, at law and in equity.

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES - 13
Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

DATED this 8th day of December, 2017.

By: *s/ John Ray Nelson*
John Ray Nelson, WSBA #16393
Adam J. Chambers, WSBA #46631
FOSTER PEPPER PLLC
618 West Riverside Avenue, Suite 300
Spokane, WA  99201-5102
Telephone: (509) 777-1600
Facsimile: (509) 777-1616
Email:  john.nelson@foster.com
adam.chambers@foster.com

Attorneys for Defendant Capital Recovery Corporation

DEFENDANT'S ANSWER TO PLAINTIFF'S
COMPLAINT AND AFFIRMATIVE DEFENSES - 14
Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON  99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2

# CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2017, the above document was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the registered CM/ECF participants in this action, as follows:

Robert Wayne Mitchell - bobmitchellaw@yahoo.com

And I further certify that I served non-ECF participants as follows: N/A.

EXECUTED at Spokane, Washington, this 8th day of December, 2017.

      *s/ John Ray Nelson*
John Ray Nelson, WSBA #16393
Adam J. Chambers, WSBA #46631
FOSTER PEPPER PLLC
618 West Riverside Avenue, Suite 300
Spokane, WA 99201-5102
Telephone: (509) 777-1600
Facsimile: (509) 777-1616
Email:   john.nelson@foster.com
            adam.chambers@foster.com
Attorneys for Defendant Capital Recovery Corporation

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES - 15
Case No. 2:17-cv-00404-TOR

FOSTER PEPPER PLLC
618 W. RIVERSIDE, SUITE 300
SPOKANE, WASHINGTON 99201-5102
PHONE (509) 777-1600  FAX (509) 777-1616

52902421.2